UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
JUN 2 0 2024
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | **SUPPRESSED** |
| Plaintiff, ) | |
| ) | |
| v. ) | **4:24CR312 MTS/PLC** |
| ) | |
| AHMED ELABED, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about February 9, 2023, in St. Louis County, within the Eastern District of Missouri,

**AHMED ELABED,**

the defendant herein, did knowingly possess one or more machineguns, that is, one or more conversion devices designed and intended solely and exclusively for use in converting a weapon into a machinegun, in violation of Title 18, United States Code, Sections 922(o), 924(a)(2), and Title 26, United States Code, Section 5845(b).

### FORFEITURE ALLEGATION

The Grand Jury further finds probable cause that:

1. Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Sections 922(o), 924(a)(2), as set forth above, the defendant shall forfeit to the United States of America any firearm or ammunition involved in or used in said violation/s.

2. If any of the property described above, as a result of any act or omission of the

defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
Jerome McDonald, #63412MO
Assistant United States Attorney

2